79 F.3d 1137
 Jean E. Brytus, John Lazor, Wheat Giacobbe, John Stanko
Steve Kotyk, Alex Warcholak, John Kotyk, Sam Borielle, Jr.
v.
Spang & Company, Union National Bank, Pension Plan, for
Former Bargaining Unit Employees of Fort Pitt Bridge and
Electric Weld Divisions at Canonsburg, PA, Plant (2 Cases);
Edward J. Golonka v. Spang & Company, Pension Plan for
Former Bargaining Unit Employees Fort Pitt Bridge Electric
Weld Division at Canonsburg, PA, Plant (2 Cases)
 NOS. 95-3218, 95-3248
 United States Court of Appeals,
Third Circuit.
 Feb 07, 1996
 
 Appeal From: W.D.Pa., Nos. 88-cv-02548, 91-cv-01041,
 Lee, J.
 
 
 1
 AFFIRMED.